

FILED by ___ **TM** __ D.C.
ELECTRONIC

Oct 28, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 10-80156-CR-HURLEY/VITUNAC

CASE NO. _____

21 USC 841(a)(1)
21 USC 841(b)(1)(B)
21 USC 841(b)(1)(C)
21 USC 846
21 USC 952(a)
21 USC 960(b)(1)(B)
21 USC 963

UNITED STATES OF AMERICA,

v.

JOSHUA GRAUER a.k.a "Manny,""White Girl," "J-Boy,"
FNU LNU a.k.a "JULIO,"
GUADALUPE VELAZQUEZ, JR. a.k.a "Lupe,"
SAMUEL TURNER, a.k.a "Jab,"" Jabba Jaw," "Big Man,"
PIERRELAND FORTUNE, JR. a.k.a "G-BOI," "Herb," "Mr. Neighborhood,"
WALTER C. TUCKER, III, a.k.a "Nef," "Nephew,"
MARCUS TANKSLEY, a.k.a "Buddy,"
VERNON TANKSLEY, a.k.a "Lil Man,"
JOHNNY THOMAS, a.k.a "Junior,"
JOSEPH DORSEY, a.k.a "JoJo,"
TRAVIS COLE,
RODNEY SAUNDERS,
NAKEGEO ELLINGTON, a.k.a "Rap,"
LATIF DARDEN, and
TARA BOYD, a.k.a. "Tug,"

Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**

From at least as early as on or about March 8, 2010, the exact date being unknown to the Grand Jury, to on or about June 5 MSR, 2010, in Palm Beach County, in the Southern District of Florida, the defendants,

PIERRELAND FORTUNE, JR. a.k.a "G-BOI," "Herb," "Mr. Neighborhood,"
WALTER C. TUCKER, III, a.k.a "Nef," "Nephew,"
SAMUEL TURNER, a.k.a "Jab,"" Jabba Jaw," "Big Man,"
MARCUS TANKSLEY, a.k.a "Buddy,"
VERNON TANKSLEY, a.k.a "Lil Man,"
JOHNNY THOMAS, a.k.a "Junior,"
JOSEPH DORSEY, a.k.a "JoJo,"
TRAVIS COLE,
NAKEGEO ELLINGTON, a.k.a "Rap," and
TARA BOYD, a.k.a "Tug,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, and that the amount containing a detectable amount of cocaine base, commonly known as "crack" cocaine, was at least five (5) grams.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of cocaine.

2

## COUNT 2

From on or about May 15, 2010, to on or about May 27, 2010,  in Palm Beach County, in the Southern District of Florida, the defendants,

PIERRELAND FORTUNE, JR. a.k.a "G-BOI," "Herb," "Mr. Neighborhood,"
WALTER C. TUCKER, III, a.k.a "Nef," "Nephew," and
RODNEY SAUNDERS,

did knowingly and intentionally combine, conspire, confederate, and agree with each other to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

From at least as early as on or about May 15, 2010, the exact date being unknown to the Grand Jury, to on or about May 18, 2010,  in Palm Beach County, in the Southern District of Florida, the defendants,

PIERRELAND FORTUNE, JR. a.k.a "G-BOI," "Herb," "Mr. Neighborhood,"
WALTER C. TUCKER, III, a.k.a "Nef," "Nephew," and
LATIF DARDEN,

did knowingly and intentionally combine, conspire, confederate, and agree with each other  to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of

3

cocaine and that the amount containing a detectable amount of cocaine was at least five hundred (500) grams.

## COUNT 4

From at least as early as on or about August 26, 2010, the exact date being unknown to the Grand Jury, to on or about October 8, 2010, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### FNU LNU a/k/a "JULIO,"

did knowingly and intentionally combine, conspire, confederate, and agree with others unknown to the Grand Jury, to import into the United States from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of cocaine and that the amount containing a detectable amount of cocaine was at least five (5) kilograms.

## COUNT 5

From on or about June 24, 2010, to on or about June 25, 2010, in Palm Beach County, in the Southern District of Florida, the defendants,

### JOSHUA GRAUER a.k.a "Manny,""White Girl,""J-Boy," and FNU LNU a/k/a "JULIO,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others unknown to the Grand Jury, to possess with intent to distribute a controlled

4

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that

the controlled substance was in fact a mixture and substance containing a detectable amount of

cocaine and that the amount containing a detectable amount of cocaine was at least five hundred

(500) grams.

### COUNT 6

From on or about May 15, 2010, to on or about May 18, 2010, in Palm Beach County, in

the Southern District of Florida, the defendants,

JOSHUA GRAUER, a.k.a "Manny,""White Girl,""J-Boy," and
GUADULUPE VELASQUEZ, JR. a.k.a "Lupe,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and

with others unknown to the Grand Jury, to possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that

the controlled substance was in fact a mixture and substance containing a detectable amount of

cocaine and that the amount containing a detectable amount of cocaine was at least five hundred

(500) grams.

### COUNT 7

From on or about May 19, 2010, to on about May 22, 2010, in Palm Beach County, in the

Southern District of Florida, the defendants,

JOSHUA GRAUER, a.k.a "Manny,""White Girl,""J-Boy," and
PIERRELAND FORTUNE, JR. a.k.a "G-BOI," "Herb," "Mr. Neighborhood,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that

the controlled substance was in fact a mixture and substance containing a detectable amount of

cocaine and that the amount containing a detectable amount of cocaine was at least five hundred

(500) grams.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

NANCY VORPE QUINLAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                   CASE NO. 10-80156-CR-Hurley/Vitunac

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

JOSHUA GRAUER, aka "Manny", White Girl",
"J-Boy", et al

_____
                    Defendants.        **Superseding Case Information:**
                                   /

**Court Division:** (Select One)          New Defendant(s)          Yes _____    No _____
                                   Number of New Defendants
_____ Miami    _____ Key West       Total number of counts              _____
_____ FTL   _X_ WPB    _____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of
      probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this
      Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
      Title 28 U.S.C. Section 3161.

3.    Interpreter:       (Yes or No)    Yes (as to FNU LNU aka "Julio" and FNU LNU aka "Mocho"
      List language and/or dialect       Spanish

4.    This case will take    _8-10_    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                              (Check only one)

      I     0 to 5 days        _____            Petty      _____
      II    6 to 10 days       ___X___            Minor      _____
      III   11 to 20 days      _____            Misdem.    _____
      IV    21 to 60 days      _____            Felony     ___X___
      V     61 days and over   _____

6.    Has this case been previously filed in this District Court? (Yes or No)          __No__
      If yes:
      Judge: _____      Case No. _____
      (Attach copy of dispositive order)

      Has a complaint been filed in this matter?  No    (Yes or No)
      If yes:
      Magistrate Case No.                    _n/a_ _____
      Related Miscellaneous numbers:         _n/a_ _____
      Defendant(s) in federal custody as of  _n/a_ _____
      Defendant(s) in state custody as of    _n/a_ _____
      Rule 20 from the    _n/a_          District of _____

      Is this a potential death penalty case? (Yes or No)      __No__

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
      to October 14, 2003?  _____ Yes  __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior
      to September 1, 2007?  _____ Yes  __X__ No

                              _____
                              NANCY VORPE QUINLAN
                              ASSISTANT UNITED STATES ATTORNEY
                              Fla Bar No. 0593532

*Penalty Sheet(s) attached                                              REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name**:   JOSHUA GRAUER, aka "Manny", "White Girl", "J-Boy"

Case No:_____

---

**Count #: 5**

 21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**Count #: 6**

21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**Count #: 7**

21 USC §§ 841(a)(1) and 841(b)(1)(B)
POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name:**  FNU LNU aka "Julio"

Case No:_____

**Count #: 4**

 21 USC §§ 952(a), 960(b)(1)(B) and 963
CONSPIRACY TO IMPORT INTO THE UNITED STATES FROM A PLACE OUTSIDE
THEREOF, A CONTROLLED SUBSTANCE

**\* Max.Penalty:**       10 years - Life Imprisonment; $4,000,000.00 Fine

**Count #: 5**

 21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty:**       5 Years - 40 Years Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name:**   GUADALUPE VELAZQUEZ , JR, aka "Lupe"

Case No:_____

**Count #: 6**

21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name**:  SAMUEL TURNER, aka "Jab", "Jabba Jaw", "Big Man"

**Case No**:_____

**Count  #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846_____
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name**:  PIERRELAND FORTUNE, JR.  aka G-BOI", "Herb", "Mr. Neighborhood"

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:       5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**Count #:2**

 21 USC §§ 841(a)(1), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:       0-20 Years' Imprisonment; $1,000,000.00 Fine

**Count #:3**

 21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:       5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**Count #: 7**

21 USC §§ 841(a)(1) and 841(b)(1)(B)
POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

**\* Max.Penalty**:       5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name:**   WALTER C. TUCKER, III, aka "Nef", "Nephew"

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**Count #:2**

 21 USC §§ 841(a)(1), 841(b)(1)(C) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        0-20 Years' Imprisonment; $1,000,000.00 Fine

**Count #:3**

 21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name**:   MARCUS TANKSLEY , aka "Buddy"

Case No:

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
PENALTY SHEET

**Defendant's Name**:   VERNON TANKSLEY, aka "Lil Man"_____

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846_____
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:       5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
PENALTY SHEET

**Defendant's Name:**  JOHNNY  THOMAS, aka "Junior"

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name**:   JOSEPH DORSEY, aka "JoJo"

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
PENALTY SHEET

**Defendant's Name:**  TRAVIS COLE

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
PENALTY SHEET

**Defendant's Name:** RODNEY SAUNDERS

Case No:_____

**Count #:2**

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty:**      0-20 Years' Imprisonment; $1,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
PENALTY SHEET

**Defendant's Name:** NAKEGEO ELLINGTON , aka "Rap"

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty:**        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
PENALTY SHEET

**Defendant's Name**:   LATIF DARDEN

Case No:

**Count #:3**

 21 USC §§ 841(a)(1); 841(b)(1)(B) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

**\* Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

**Defendant's Name**:   TARA BOYD, aka "Tug"

Case No:_____

**Count #: 1**

 21 USC §§ 841(a)(1); 841(b)(1)(B), 841(b)(1)(C) and 846
CONSPIRACY  TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED
SUBSTANCE

* **Max.Penalty**:        5 Years - 40 Years' Imprisonment; $2,000,000.00 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**