UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80156-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MARCUS TANKSLEY,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 49]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations is **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, May 31, 2016,** at **9:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 23rd day of May, 2016.

**Copies furnished:**
All Counsel of Record

                              Daniel T. K. Hurley
                            United States District Judge